UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ralph Edward Dykes, Jr.,

Petitioner,

v.

Harold May, Warden,

Respondent.

Case No. 1:25-cv-675

ORDER

Before me is the May 18, 2026 Report and Recommendation of Magistrate Judge Jennifer Dowdell Armstrong, recommending I deny *pro se* Petitioner Ralph Edward Dykes, Jr.'s petition for a writ of habeas corpus under 28 U.S.C. § 2254 because Dykes's claims are procedurally defaulted or fail on their merits. (Doc. No. 13).

Under the relevant statute, "[w]ithin fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court." 28 U.S.C. § 636(b)(1); *United States v. Walters,* 638 F.2d 947, 949 (6th Cir. 1981). The deadline to file objections was June 1, 2026. The petitioner has not filed any objections and that deadline has passed.

The failure to file written objections to the Magistrate Judge's Report and Recommendation constitutes a waiver of a determination by the district court of an issue covered in the report. *Thomas v. Arn,* 728 F.2d 813, 815 (6th Cir. 1984), *aff'd,* 474 U.S. 140 (1985); *see also Walters,* 638 F.2d at 950; *Smith v. Detroit Fed'n of Teachers, Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987) ("[O]nly those

specific objections to the magistrate's report made to the district court will be preserved for appellate review").

Following my review of the Magistrate Judge's Report and Recommendation, I accept Judge Armstrong's recommendations and conclude that Dykes's claims are procedurally defaulted or, in the alternative, fail on their merits. I deny Dyke's motion to proceed on appeal *in forma pauperis*, (Doc. No. 15) as moot. Further, I certify there is no basis on which to issue a certificate of appealability. 28 U.S.C. § 2253; Fed. R. App. P. 22(b).

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge